IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | |
|---|---|
| ELOY JIMENEZ | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) 06CV4845 |
| | ) JUDGE KENNELLY |
| THOMAS CAREY and MICHAEL SANDUSKY, | ) MAG. JUDGE COLE |
| and unidentified Chicago Police Officers, | ) |
| Defendants. | ) |

## COMPLAINT

NOW COMES the Plaintiff, ELOY JIMENEZ, by and through his attorney in this regard, GIGI GILBERT, and complaining of Defendants, THOMAS CAREY, and MICHAEL SANDUSKY and other unidentified Chicago Police Department officers, and state as follows:

### NATURE OF THE CASE

1. This suit arises from the violation of civil rights of Plaintiff, ELOY JIMENEZ for arrest without probable cause, and use of excessive force in violation of Title 42 U.S.C. section 1983.

### JURISDICTION

2. This action is brought pursuant to 42 U.S.C. section 1983. Jurisdiction is based upon 28 U.S.C. section 1331, 1332 and 1367. Plaintiff demand trial by jury.

### VENUE

1

3. The violation of civil rights alleged herein was committed within the Northern District of Illinois to wit: the City of Chicago, County of Cook, State of Illinois. This action properly lies in the United States District Court, Northern District of Illinois, Eastern Division.

## PARTIES

4. Plaintiff, ELOY JIMENEZ ("JIMENEZ") is a resident of the City of Chicago, County of Cook, State of Illinois.

5. Defendants, THOMAS CAREY ("CAREY") and MICHAEL SANDUSKY ("SANDUSKY") and other UNIDENTIFIED POLICE OFFICERS were at all times relevant hereto, employed as police officers by the Chicago Police Department and acting under color of state law.

## COUNT I -VIOLATION OF CIVIL RIGHTS
## ARREST WITHOUT PROBABLE CAUSE

6. On or about September 7, 2004, Plaintiff, JIMENEZ, was arrested without a warrant and without probable cause by Defendants CAREY and SANDUSKY and other UNIDENTIFIED CHICAGO POLICE OFFICERS.

7. The conduct of Plaintiff, JIMENEZ, prior to his arrest could not be reasonably interpreted by the Defendants CAREY and SANDUSKY and other UNIDENTIFIED CHICAGO POLICE OFFICERS as constituting probable cause that JIMENEZ had committed, was committing, or was about to commit a crime.

8. The facts and circumstances within Defendants CAREY and SANDUSKY and OTHER UNIDENTIFIED OFFICERS' knowledge would not lead reasonable police officers to believe that JIMENEZ had committed, was committing or was about to commit a crime.

9. Defendants CAREY and SANDUSKY and OTHER UNIDENTIFIED OFFICERS were acting under color of state law as members of the Chicago Police Department at all relevant times herein.

10. Defendants CAREY and SANDUSKY and OTHER UNIDENTIFIED OFFICERS intentionally violated JIMENEZ's federally protected constitutional right not to be arrested or seized without probable cause in violation of the Fourth Amendment to the Constitution of the United States.

11. Defendants CAREY and SANDUSKY and other UNIDENTIFIED OFFICERS' acts were done with malice and/or reckless indifference to JIMENEZ's federally protected rights.

12. As a direct and proximate result of Defendants CAREY and SANDUSKY and other UNIDENTIFIED CHICAGO POLICE OFFICERS' actions, JIMENEZ, suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, economic losses, some or all of which may be permanent.

13. As a direct and proximate result of Defendants CAREY and SANDUSKY and OTHER UNIDENTIFIED OFFICERS' actions JIMENEZ was deprived of rights, privileges and immunities under the Fourth Amendment to the United States Constitution and the laws of the State of Illinois.

WHEREFORE, Plaintiff, ELOY JIMENEZ, prays that this Honorable Court enter a judgment in his favor and against Defendants, THOMAS CAREY and MICHAEL SANDUSKY and other unidentified Chicago police officers for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Punitive damages in the amount to be determined at trial;

(c) Reasonable attorneys fees and costs; and

(d)     Such other and further relief as this court deems reasonable.

## COUNT II - EXCESSIVE FORCE IN ARREST

1-13.  JIMENEZ allege the allegations contained in paragraphs 1-13 above as if fully set forth as paragraphs 1-13 herein.

14.     Under the totality of circumstances, Defendants CAREY and SANDUSKY and other UNIDENTIFIED CHICAGO POLICE OFFICERS used greater force than was reasonably necessary to make the arrest of JIMENEZ and used excessive force against JIMENEZ while he was in custody.

15.     As a direct and proximate result of Defendants CAREY and SANDUSKY and OTHER UNIDENTIFIED OFFICERS' actions, JIMENEZ suffer and continue to suffer physical pain requiring medical care, and suffered physical and emotional pain and mental anguish some or all of which may be permanent.

16.     Defendants CAREY and SANDUSKY and OTHER UNIDENTIFIED OFFICERS acted under color of state law, and intentionally used excessive force and/or unreasonable force in effecting JIMENEZ's arrest, in violation of his Fourth Amendment rights under the United States Constitution to be free from excessive force in violation of 42 U.S.C. section 1983.

17.     Defendants CAREY and SANDUSKY and OTHER UNIDENTIFIED OFFICERS use of excessive force and/or unreasonable force in effecting

4

JIMENEZ's arrest and while JIMENEZ was in custody was done with malice and/or reckless indifference to JIMENEZ's federally protected rights.

WHEREFORE, Plaintiff, ELOY JIMENEZ, prays that this Honorable Court enter a judgment in his favor and against Defendants, THOMAS CAREY and MICHAEL SANDUSKY and OTHER UNIDENTIFIED OFFICERS for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Punitive damages in the amount to be determined at trial;

(c) Reasonable attorneys fees and costs; and

(d) Such other and further relief as this court deems reasonable.

Respectively Submitted,

By: *Gigi Gilbert*

Gigi Gilbert
Attorney for Plaintiff
53 W. Jackson, Suite #356
Chicago, IL 60604
(312) 554-0000
#6199394

5