IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELOY JIMENEZ | ) | |
| | ) | |
| Plaintiff, | ) | 06 C 4845 |
| v. | ) | |
| | ) | |
| THOMAS CAREY and | ) | JUDGE KENNELLY |
| MICHAEL SANDUSKY, | ) | |
| and unidentified Chicago | ) | Magistrate Judge Cole |
| Police Officers, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

*Gigi Gilbert*
Gigi A. Gilbert
Attorney for Plaintiff,
Eloy Jimenez
53 W. Jackson, Suite 356
Chicago, Illinois 60604
(312) 554-0000
Attorney No. 33371
Date: 12/06/07

*Marcy Labedz*
Marcy M. Labedz
Assistant Corporation Counsel
Attorney for Defendants,
Thomas Carey and Michael Sandusky
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 06279219
Date: 12/10/07